IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>OWENS CORNING, *et al.*,<br>    Debtors.<br><br>CREDIT SUISSE FIRST BOSTON,<br>    Appellant,<br>    v.<br>OWENS CORNING, *et al.*,<br>    Appellees. | Chapter 11<br>Case No. 00-03837 (JKF)<br>(Jointly Administered)<br><br><br><br>Civil Action No. 04-01465-JPF |

## AGREEMENT OF DISMISSAL

The parties to the above-captioned appeal, by their undersigned attorneys, agree to the dismissal of the above-captioned appeal as follows:

1. On September 26, 2006 (the "Confirmation Date"), the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, entered an order (the "Confirmation Order") confirming the Sixth Amended Joint Plan of Reorganization for Owens Corning and its Affiliated Debtors and Debtors-in-Possession (as Modified), dated as of July 10, 2006 (the "Plan").

2. Certain conditions set forth in section 12.2 of the Plan were required to be satisfied or waived before the Plan could become effective, including the affirmance of the Confirmation Order by the United States District Court. These conditions have been satisfied or waived and the Plan's Effective Date occurred on October 31, 2006.

3. The Plan has been substantially consummated.

4.  Confirmation of the Plan having resolved all issues related to the appeal, pursuant to Rule 8001(c) of the Fed. R. Bankr. P., the above-captioned appeal shall be dismissed and closed, and all parties shall bear their own costs.

Dated: March ___, 2007

| **LANDIS RATH & COBB LLP** | **SAUL EWING LLP** |
|---|---|
| By: *[signature]* | By: _____ |
| Rebecca Lyn Butcher (I.D. # 3816) | Norman L. Pernick (I.D. # 2290) |
| 919 Market Street | J. Kate Stickles (I.D. # 2917) |
| Suite 600 | 222 Delaware Avenue |
| P.O. Box 2087 | P.O. Box 1266 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1266 |
| (302) 467-4400 | (302) 421-6800 |
| and | and |
| **WEIL, GOTSHAL & MANGES LLP** | **SIDLEY AUSTIN LLP** |
| Martin J. Bienenstock | James F. Conlan |
| 767 Fifth Avenue | Larry J. Nyhan |
| New York, NY 10153 | Jeffrey C. Steen |
| Telephone: 212-310-8000 | Dennis M. Twomey |
|  | Andrew F. O'Neill |
|  | One South Dearborn Street |
|  | Chicago, IL 60603 |
|  | (312) 853-7000 |
| Attorneys for Credit Suisse First Boston | Attorneys for the Debtors and Reorganized Debtors |

4.     Confirmation of the Plan having resolved all issues related to the appeal, pursuant to Rule 8001(c) of the Fed. R. Bankr. P., the above-captioned appeal shall be dismissed and closed, and all parties shall bear their own costs.

Dated: March 23, 2007

| **LANDIS RATH & COBB LLP** | **SAUL EWING LLP** |
|---|---|
| By:_____<br>Rebecca Lyn Butcher (I.D. # 3816)<br>919 Market Street<br>Suite 600<br>P.O. Box 2087<br>Wilmington, DE 19899<br>(302) 467-4400 | By:_____<br>Norman L. Pernick (I.D. # 2290)<br>J. Kate Stickles (I.D. # 2917)<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>(302) 421-6800 |
| and | and |
| **WEIL, GOTSHAL & MANGES LLP**<br>Martin J. Bienenstock<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: 212-310-8000 | **SIDLEY AUSTIN LLP**<br>James F. Conlan<br>Larry J. Nyhan<br>Jeffrey C. Steen<br>Dennis M. Twomey<br>Andrew F. O'Neill<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000 |
| Attorneys for Credit Suisse First Boston | Attorneys for the Debtors and Reorganized Debtors |

-3-

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch, Esq.
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(212) 319-7125

Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

and

**CAMPBELL & LEVINE**
By: /s/
Marla Eskin (I.D. # 2989)
Mark T. Hurford (I.D. # 3299)
Kathleen Campbell Davis (I.D. #4229)
800 King Street
Wilmington, DE 19801
(302) 426-1900

Attorneys for Official Committee of
Asbestos Claimants

**KAYE SCHOLER LLP**
Andrew A. Kress
Jane W. Parver
Edmund M. Emrich
425 Park Avenue
New York, NY 10022
(212) 836-8000

and

**YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**

By:_____
James L. Patton, Jr. (I.D. # 2202)
Sharon M. Zieg (I.D. # 4196)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

Attorneys for James J. McMonagle,
Legal Representative for Future
Claimants

| | |
|---|---|
| **CAPLIN & DRYSDALE, CHARTERED**<br>Elihu Inselbuch, Esq.<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>(212) 319-7125<br><br>Peter Van N. Lockwood<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br>(202) 862-5000<br><br>and<br><br>**CAMPBELL & LEVINE**<br><br>By:_____<br>    Marla Eskin (I.D. # 2989)<br>    Mark T. Hurford (I.D. # 3299)<br>    Kathleen Campbell Davis (I.D. #4229)<br>800 King Street<br>Wilmington, DE 19801<br>(302) 426-1900<br><br>Attorneys for Official Committee of Asbestos Claimants | **KAYE SCHOLER LLP**<br>Andrew A. Kress<br>Jane W. Parver<br>Edmund M. Emrich<br>425 Park Avenue<br>New York, NY 10022<br>(212) 836-8000<br><br>and<br><br>**YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**<br><br>By: /s/ _(#4484)_<br>    James L. Patton, Jr. (I.D. # 2202)<br>    Sharon M. Zieg (I.D. # 4196)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br><br>Attorneys for James J. McMonagle, Legal Representative for Future Claimants |