IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>　　Debtors. | Chapter 11<br>Case No. 00-03837 (JKF)<br>(Jointly Administered) |
| CREDIT SUISSE FIRST BOSTON,<br><br>　　Appellant,<br><br>　　v.<br><br>OWENS CORNING, *et al.*,<br>　　Appellees. | Civil Action No. 04-01465-JPF |

### ORDER OF DISMISSAL

Upon the Agreement of Dismissal of all parties to the above-captioned bankruptcy appeal, pursuant to pursuant to Rule 8001(c) of the Fed. R. Bankr. P., it is this ___ day of _____, 2007, hereby:

ORDERED, that Civil Action No.04-01465-JPF is DISMISSED; and it is further

ORDERED, that Civil Action No. 04-01465-JPF is CLOSED.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable John P. Fullam
　　　　　　　　　　　　　　　　Senior Judge, United States District Court