## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OWENS CORNING, et al.,<br><br>Debtors.<br><br>CREDIT SUISSE FIRST BOSTON,<br><br>Appellant,<br><br>v.<br><br>OWENS CORNING, et al.,<br>Appellees. | Chapter 11<br>Case No. 00-03837 (JKF)<br>(Jointly Administered)<br><br><br><br>Civil Action No. 04-01465-JPF |

### ORDER OF DISMISSAL

Upon the Agreement of Dismissal of all parties to the above-captioned bankruptcy

appeal, pursuant to pursuant to Rule 8001(c) of the Fed. R. Bankr. P., it is this _26_ day of

_March_____, 2007, hereby:

ORDERED, that Civil Action No.04-01465-JPF is DISMISSED; and it is further

ORDERED, that Civil Action No. 04-01465-JPF is CLOSED.

_____
Honorable John P. Fullam
Senior Judge, United States District Court